# Court of Appeals
# of the State of Georgia

ATLANTA,  October 13, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0150.  LUIS E. ROJAS v. THE STATE.**

Luis E. Rojas, while represented by counsel, was convicted of multiple felonies in May 2017.  That same month, Rojas filed a pro se notice of appeal.  Among other things therein, Rojas states that he wishes to be appointed counsel for purposes of pursing a direct appeal.

We thus REMAND this case for the trial court's consideration of whether Rojas is entitled to be appointed counsel.[1]  Upon entry of the trial court's ruling, this case shall be transmitted to this Court and re-docketed on the original notice of appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/13/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*

---

[1] See generally *Trauth v. State*, 295 Ga. 874, 875-876 (1) (2014) ("[I]t is beyond question that an indigent has the right to appointed counsel to assist him on direct appeal; and, an individual desiring an appeal need not, once a responsible state authority knows of the desire to appeal and knows of the status of indigency, specifically request appointment of appellate counsel.") (citations and punctuation omitted).